UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v -

SARA RONG LIU,

　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

25 Cr. 440 ( )

## COUNT ONE

**(Wire Fraud)**

The Grand Jury charges:

### BACKGROUND

1. At all times relevant to this Indictment, SARA RONG LIU, the defendant, was a resident of Central Valley, New York.

2. From in or about October 2022 to in or about May 2023, SARA RONG LIU, the defendant, was the president of Westone, Inc., a company supposedly headquartered in Hackensack, New Jersey. Westone supposedly offered interior design services and was supposedly engaged in the wholesale distribution of textiles.

### THE FRAUD

3. SARA RONG LIU, the defendant, falsely told Victim 1 that Westone had a $156.6 million contract with the New York City Department of Design and Construction ("DDC") to provide textile products and finishings for new housing projects. LIU further falsely told Victim 1 that the DDC had canceled the contract and intended to return $6.7 million to Westone but

1

would only do so after Westone posted a $200,000 refundable deposit with the DDC. LIU provided Victim 1 with false documents that corroborated her statements in part.

4. SARA RONG LIU, the defendant, asked Victim 1 and his wife for a loan with which to fund the deposit, at least in part. Victim 1's wife loaned LIU $50,000, while Victim 1 loaned LIU $130,000.

5. Thereafter, SARA RONG LIU, the defendant, falsely represented to Victim 1 that Westone would not receive money from the DDC unless it paid various bank fees and taxes. Over a period of approximately eight months, Victim 1 lent Westone more than $475,000 based on LIU's false representations.

## STATUTORY ALLEGATION

6. From in or about October 2022 to in or about May 2023, in the Southern District of New York and elsewhere, SARA RONG LIU, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit, LIU caused Victim 1 to loan Westone more than $475,000 based on false representations that Westone needed the money to pay fees and taxes to recover $6.7 million from the DDC, including a loan of $50,000 funded by a wire transfer from a bank account held by Victim 1 and his wife in the Southern District of New York to Westone's bank account in New Jersey.

(Title 18, United States Code, Sections 1343 and 2)

## FORFEITURE ALLEGATION

7. As the result of committing the offense alleged in Count One of this Indictment, SARA RONG LIU, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been comingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C);
Title 21, United States Code, Section 853(p);
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney

3